KAREN ECKERT ET AL. *v.* FORT RACHEL MARINE
SERVICES, INC.

The plaintiff's petition for certification for appeal
from the Appellate Court, 56 Conn. App. 908 (AC 18277),
is denied.

*Neil Johnson*, in support of the petition.

Decided March 22, 2000

STATE OF CONNECTICUT *v.* ANTHONY BROCUGLIO

The petition of the state of Connecticut for certification for appeal from the Appellate Court, 56 Conn. App.
514 (AC 18521), is denied.

SULLIVAN, J., did not participate in the consideration
or decision of this petition.

*James M. Ralls*, assistant state's attorney, in support
of the petition.

*Pamela S. Nagy*, assistant public defender, in opposition.

Decided March 22, 2000

RICHARD SZCZAPA *v.* UNITED PARCEL
SERVICE, INC.

The plaintiff's petition for certification for appeal
from the Appellate Court, 56 Conn. App. 325 (AC 18541),
is denied.

*Neil Johnson*, in support of the petition.

*James J. Merrick*, in opposition.

Decided March 22, 2000